## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

G&J Excavating, LLC, : 
                  Appellant : 
                   : 
        v. :     No. 120 C.D. 2021
                   : 
Western Clinton County Municipal : 
Authority : 

**PER CURIAM**                **O R D E R**

     NOW, November 29, 2022, having considered Appellant's application for reargument, the application is denied.